# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: LONNIE J. MORRISON & JAMIE D. MORRISON  Case Number: 08-71203
2012 W. PEARL AVENUE           SSN-xxx-xx-3856 & xxx-xx-4856
ROCKFORD, IL  61103

Case filed on:   4/22/2008
Plan Confirmed on:

X Converted   Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,579.20            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | INTERNAL REVENUE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | LONNIE J. MORRISON | 0.00 | 0.00 | 1,154.98 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,154.98 | 0.00 |
| 001 | CHASE MANHATTAN MORTGAGE | 9,130.30 | 0.00 | 0.00 | 0.00 |
| 002 | HARLEY-DAVIDSON CREDIT | 12,974.97 | 12,974.97 | 873.65 | 446.35 |
| 003 | ILLINOIS TITLE LOANS, INC | 1,829.81 | 1,075.00 | 0.00 | 0.00 |
| 015 | WINNEBAGO COUNTY TREASURER | 2,415.00 | 2,415.00 | 0.00 | 0.00 |
|  | Total Secured | 26,350.08 | 16,464.97 | 873.65 | 446.35 |
| 003 | ILLINOIS TITLE LOANS, INC | 0.00 | 754.81 | 0.00 | 0.00 |
| 004 | BENEFICIAL ILLINOIS INC | 27,849.47 | 27,849.47 | 0.00 | 0.00 |
| 005 | COMED CO | 372.12 | 372.12 | 0.00 | 0.00 |
| 006 | DISH NETWORK | 281.09 | 281.09 | 0.00 | 0.00 |
| 007 | ASSET ACCEPTANCE CORP | 38.92 | 38.92 | 0.00 | 0.00 |
| 008 | ROCKFORD HEALTH SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | WELLS FARGO FINANCIAL | 1,057.56 | 1,057.56 | 0.00 | 0.00 |
| 010 | WELLS FARGO FINANCIAL | 5,463.57 | 5,463.57 | 0.00 | 0.00 |
| 012 | AT & T PHONE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MATHERS CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ROCKFORD MERCANTILE AGENCY INC | 572.40 | 572.40 | 0.00 | 0.00 |
| 017 | CHECK IT | 55.00 | 55.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 987.07 | 987.07 | 0.00 | 0.00 |
|  | Total Unsecured | 36,677.20 | 37,432.01 | 0.00 | 0.00 |
|  | Grand Total: | 63,027.28 | 53,896.98 | 2,028.63 | 446.35 |

Total Paid Claimant:    $2,474.98
Trustee Allowance:      $104.22          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      0.00        discharging the trustee and the trustee's surety from any and all
                                         liablility on account of the within proceedings, and closing the estate,
                                         and for such other relief as is just.  Pursuant to FRBP, I hereby
                                         certify that the subject case has been fully administered.

Report Dated:

                                         　　/s/ Lydia S. Meyer                  
                                         Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008         By  /s/Heather M. Fagan